**FILED**

FEB 18 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Janice Wolk Grenadier, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 14-0162 (UNA) |
| Iliona Grenadier Heckman *et al.*, | ) | |
| Defendants. | ) | |

ORDER

Plaintiff's "4th Request for Emergency Restraining Order and Injunction With Other Evidence" was received on February 6, 2014, which is the same day the Clerk of Court entered the Order dismissing this case, ECF No. 8. As was done with plaintiff's second and third such requests, the instant request is construed as a supplement to plaintiff's initial request for a restraining order and injunction, and is hereby DENIED for the reasons stated in the January 31, 2014 Mem.Op., ECF No. 7, accompanying the dismissal order.

February 11, 2014

Ellen S Huvelle
United States District Judge